IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK WILSON,                          )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )   CASE NO 2:13-cv-049-WHA
                                         )
C.O.I COPPAGE, et al.,                   )            (WO)
                                         )
            Defendants.                  )

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #29),

entered on February 26, 2016.  There being no timely objection filed to the Recommendation,

and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as

follows:

1.  Defendants' motion for summary judgment (Doc. #12) is GRANTED.

2.  This case is DISMISSED with prejudice.

3.  Final Judgment will be entered accordingly.

DONE this 21st day of March, 2016.


                    /s/      W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE